**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KIMBERLY MITCHELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 4:04CV1464-SNL** |
| | ) | |
| **THE CENTER FOR AUTISM EDUCATION** | ) | |
| **and DAVID ADKINS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

      **IT IS HEREBY ORDERED** that defendant's motion to amend the case management

order is **GRANTED** and the case management order is **AMENDED** as requested.

      **IT IS FURTHER ORDERED** that this case is **RESET** for jury trial to September

25, 2006 at 9:30 a.m. in Courtroom 3.

      Dated this __30th___ day of January, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE